In the Matter of the Claim of GLADYS McKENZIE, Respondent, v. SCHINE TEN EYCK et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.